DAVIS & GILBERT LLP
Guy R. Cohen (GC 2353)
Shira Franco (SF 9686)
1740 Broadway
New York, NY 10019
Tel: (212) 468-4800
Fax: (212) 468-4888
*Attorneys for Defendant TBWA Worldwide Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER WOOD,<br><br>              Plaintiff,<br><br>    -against-<br><br>TBWA WORLDWIDE INC. a/k/a<br>TBWA\CHIAT\DAY,<br><br>              Defendant. | 07 Civ. 10506 (AKH)<br><br>**RULE 7.1 STATEMENT** |

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant TBWA Worldwide Inc. d/b/a TBWA\Chiat\Day certifies that the following are corporate parents of that party that are publicly held: Omnicom Group Inc.

Dated:  December 19, 2007
       New York, New York

                                      DAVIS & GILBERT LLP

                                      By: _s/_____
                                            Guy R. Cohen (GC 2353)
                                            Shira Franco (SF 9686)
                                            1740 Broadway
                                            New York, NY 10019
                                            (212) 468-4800
                                            *Attorneys for Defendant TBWA*
                                            *Worldwide Inc.*