UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Jennifer Wood

                 Plaintiff,                 07 CIVIL 10506 (AKH)

   -against-

TBWA Worldwide Inc.
                 Defendant.
-------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Shira Franco__

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __SF 9686__

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[ ] *Law Firm/Government Agency Association*

    From: _____

    To: _____

    [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X]   *Address:* __Davis and Gilbert LLP, 1740 Broadway, New York, NY 10019__

[X]   *Telephone Number:* __212 468-4839__

[X]   *Fax Number:* __212-974-6976__

[X]   *E-Mail Address:* __sfranco@dglaw.com__

Dated: __12/26/07__