DAVIS & GILBERT LLP
Guy R. Cohen (GC 2353)
1740 Broadway
New York, NY 10019
Tel: (212) 468-4800
Fax: (212) 468-4888
gcohen@dglaw.com
*Attorneys for Defendant TBWA Worldwide Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER WOOD,<br><br>                Plaintiff,<br><br>  -against-<br><br>TBWA WORLDWIDE INC. a/k/a TBWA\CHIAT\DAY,<br><br>                Defendant. | 07 Civ. 10506 (AKH)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

PLEASE ENTER the appearance of Guy R. Cohen of Davis & Gilbert LLP as counsel in this case for Defendant TBWA Worldwide Inc. a/k/a TBWA\CHIAT\DAY.

Dated: December 21, 2007
       New York, New York

                                  DAVIS GILBERT LLP

                                  By: _____
                                  Guy R. Cohen (GC 2353)
                                  1740 Broadway
                                  New York, New York  10019
                                  (212) 468-4800
                                  gcohen@dglaw.com

To: Saul David Zabell
Zabell & Associates, LLP
4875 Sunrise Highway
Suite 300
Bohemia, NY 11716
(631) 589-7242
Fax: (631) 563-7475
Email: szabell@laborlawsny.com