Counseling and Advising Clients Exclusively on Laws of the Workplace



| ZABELL & ASSOCIATES, P.C. | Saul D. Zabell |
| 4875 SUNRISE HIGHWAY | Email: szabell@laborlawsny.com |
| SUITE 300 | |
| BOHEMIA, NEW YORK 11716 | |
| TEL. 631-589-7242 | |
| FAX. 631-563-7475 | |
| www.Laborlawsny.com | |

REC'D AUG 28 2008 ALVIN ...

August 27, 2008

**VIA PRIORITY MAIL**

The Honorable Alvin K. Helerstein
United States District Court Judge
United States District Court-Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

      Re:    Jennifer Wood v. TBWA Worldwide, Inc. a/k/a
             TBWA\CHIAT\DAY
             Case No. 07-Civ.10506(AKH)

Your Honor:

      This firm is counsel to Jennifer Wood, Plaintiff in the above-referenced action. Pursuant to Your Honor's Individual Practice Rules, enclosed, please find a courtesy copy of Plaintiff's August 27, 2008 letter motion seeking an Order compelling discovery.

      Counsel remains available should Your Honor require additional information regarding this submission.

[Handwritten annotation by Judge: "Denied. Motions to FRCP. Joint letters tending disputes shall conform to Rule 2E — be made conforming & indicated & resubmit please. 8-28-08 /s/ Alvin Hellerstein"]

Respectfully submitted,

ZABELL & ASSOCIATES, P.C.

/s/ Saul Zabell

Saul Zabell

Encl.

cc: Guy Cohen, Esq. (*via* priority mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08